UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BROWN,

       Petitioner,

v.

BRYAN MORRISON,

       Respondent.

Civil No. 24-cv-11584
Hon. Matthew F. Leitman

_____/

## **<u>JUDGMENT</u>**

The above-entitled action came before the Court on a petition and supplemental petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition and supplemental petition for a writ of habeas corpus are **DISMISSED,** a certificate of appealability is **DENIED**, and leave to appeal *in forma pauperis* is **GRANTED**.

KINIKIA ESSIX
CLERK OF COURT

By:   <u>s/Holly A. Ryan          </u>
       Deputy Clerk

Approved:

<u>s/Matthew F. Leitman      </u>
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 21, 2026
Detroit, Michigan